Randolph L. Westbrook, Esq.
Nevada Bar No. 12893
Zachary Balkin, Esq.
Nevada Bar No. 15867
LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 941-5334
E-mail: rwestbrook@lernerandrowe.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF NEVADA**

| | |
|---|---|
| OSAIDA GONZALEZ ALEAGA, individually, | Case No. 2:24-CV-01423-RFB-MDC |
| Plaintiff, | |
| vs. | |
| MOHINDER SINGH individually; MSJ TRUCKING, INC; DOES 1 through 10, inclusive; and ROE ENTITIES 11 through 20, inclusive, | **STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |
| Defendants. | |

Plaintiff Osaida Gonzalez Aleaga and Defendants Mohinder Singh and MSJ Trucking, Inc., through their respective counsel, hereby stipulate that this action be, and is hereby, dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party

///

///

///

1

1  to beat its own costs and fees of suit.

2       Respectfully submitted this 25th day of November, 2024.

3  LERNER & ROWE INJURY ATTORNEYS    STONE KALFUS LLP

4   */s/ Randolph L. Westbrook*        */s/ R. Scott Rasmussen*
   Randolph L. Westbrook Esq.         Byron L. Ames, Esq.
5  Nevada Bar No. 12893               Nevada Bar No. 7581
   Zachary Balkin, Esq.               R. Scott Rasmussen, Esq.
6  Nevada Bar No. 15867               Nevada Bar No. 6100
7  4795 South Durango Dr.             8275 S. Eastern Ave., Ste. 112
   Las Vegas, Nevada 89147            Las Vegas, Nevada 89123
8  Attorneys for Plaintiff            Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: Janurary 13, 2025

2

# Alejandra Ojeda

| | |
|---|---|
| **From:** | Scott Rasmussen <scott.rasmussen@stonekalfus.com> |
| **Sent:** | Monday, November 25, 2024 9:04 AM |
| **To:** | Alejandra Ojeda |
| **Cc:** | Randolph L. Westbrook; Zachary Balkin; OsaidaGonzalezAleagaZ12667369@lernerandrowe.filevineapp.com |
| **Subject:** | RE: Osaida Gonzalez Aleaga vs. Mohinder Singh; et. al. |

Dear Alejandra:

You have my permission to use my e-signature on the Stipulation for Dismissal. Thank you for preparing it.



SCOTT RASMUSSEN

STONE KALFUS LLP

GEORGIA | CALIFORNIA | UTAH | NEVADA | WYOMING

8275 S. EASTERN AVE., STE. 114, LAS VEGAS, NV 89123
D: 725.258.3785  |  F: 877.736.2601
vCARD  |  WWW.STONEKALFUS.COM

This message is directed to and for the use of the intended recipients only and its contents may be privileged or confidential. If the reader of this message is not the intended recipient, any distribution, dissemination, or copy of this message is prohibited. If you received this message in error, please immediately notify the sender and delete it. This message is not intended to and does not constitute an electronic signature or agreement of any kind.

---

**From:** Alejandra Ojeda <aojeda@lernerandrowe.com>
**Sent:** Monday, November 25, 2024 8:43 AM
**To:** Scott Rasmussen <scott.rasmussen@stonekalfus.com>
**Cc:** Randolph L. Westbrook <rwestbrook@lernerandrowe.com>; Zachary Balkin <zbalkin@lernerandrowe.com>; OsaidaGonzalezAleagaZ12667369@lernerandrowe.filevineapp.com
**Subject:** RE: Osaida Gonzalez Aleaga vs. Mohinder Singh; et. al.

Good morning,

Please allow this email as a follow up to the email below.

Thank you.

Alejandra Ojeda  |  Litigation Paralegal

**LERNER & ROWE INJURY ATTORNEYS**
4795 S. Durango Dr. Las Vegas, NV 89147 | Main: 702-877-1500 | Direct/Fax: 702-941-3054
aojeda@lernerandrowe.com

  Please consider the environment before printing this e-mail.
**CONFIDENTIALITY NOTE:** The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any

1

use, dissemination, distribution, or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message and destroy the original message. Thank you.

**From:** Alejandra Ojeda
**Sent:** Friday, November 22, 2024 10:25 AM
**To:** Scott Rasmussen <scott.rasmussen@stonekalfus.com>
**Cc:** Randolph L. Westbrook <rwestbrook@lernerandrowe.com>; Zachary Balkin <zbalkin@lernerandrowe.com>; OsaidaGonzalezAleagaZ12667369@lernerandrowe.filevineapp.com
**Subject:** Osaida Gonzalez Aleaga vs. Mohinder Singh; et. al.

Good Morning Mr. Rasmussen,

Please review the attached Stipulation and Order to Dismiss Without Prejudice. Please advise if we have your permission to use your electronic signature.

Thank you.

Alejandra Ojeda   |   Litigation Paralegal
LERNER & ROWE INJURY ATTORNEYS
4795 S. Durango Dr. Las Vegas, NV 89147 | Main: 702-877-1500 | Direct/Fax: 702-941-3054
aojeda@lernerandrowe.com



🌳 Please consider the environment before printing this e-mail.

**CONFIDENTIALITY NOTE:** The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message and destroy the original message. Thank you.

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.